Catherine Cabalo (CA Bar No. 248198)
Peiffer Wolf Carr & Kane
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.766.3592
Facsimile: 415.402.0058
Email: ccabalo@pwcklegal.com
*Attorneys for Plaintiffs*
*Abdul Nevarez and Priscilla Nevarez*

Carolyn Northrop (CA Bar No. 237989)
Thomas M. Gray (CA Bar No. 265212)
Dummit, Buchholz & Trapp
1661 Garden Highway
Sacramento, California 95833
Telephone: 916.929.9600
Facsimile: 916.927.5368
Email: carolyn.northrop@dbtlaw.org
thomas.gray@dbtlaw.org
*Attorneys for Defendant City of Santa Clara*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL NEVAREZ and PRISCILLA NEVAREZ,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CITY OF SANTA CLARA, and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.  5:17-cv-05225-BLF<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Federal Rule of Civil Procedure 41(a)(1)(A)(ii) |

## STIPULATION

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and ECF 23 (the Consent Decree and Order ("CDO")), the parties jointly request the dismissal of the within legal action with prejudice subject to the Court retaining jurisdiction of this action to enforce provisions of

the CDO, including dispute resolution, for eighteen (18) months after the date of entry of the CDO, or until all injunctive relief is completed, whichever occurs later.

**IT IS SO STIPULATED.**

Dated: September 10, 2018      PEIFFER WOLF CARR & KANE

*/s/ Catherine Cabalo*
BY: Catherine Cabalo
Attorneys for Plaintiffs
Abdul Nevarez and Priscilla Nevarez

Dated: September 11, 2018      DUMMIT, BUCHHOLZ & TRAPP

*/s/ Thomas M. Gray*
BY: Thomas M. Gray
Attorneys for Defendant City of Santa Clara

## **SIGNATORY ATTESTATION**

The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s/) within the foregoing e-filed document.

Dated: September 11, 2018      */s/ Catherine Cabalo*

## **ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, **IT IS SO ORDERED.**

Dated: September 11, 2018

HON. BETH LABSON FREEMAN
United States District Judge